### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BHATIA, | : | |
| | : | |
| Petitioner | : | CASE NO. 2:25-cv-06809-CMR |
| v. | : | |
| | : | |
| ONEILL, ET AL. | : | |
| | : | |
| Respondents. | : | |

### STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities since December 2, 2025. Petitioner filed this action for a writ of habeas corpus on December 3, 2025 (Doc. No. 1). Pursuant to the Court's Order (Doc. No. 3), the respondents are to file an opposition to the petition on or before December 8, 2025, at 12 P.M. (Doc. No. 3). The Court further ordered oral argument to occur on December 9, 2025 (Doc. No. 3).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

Oral argument scheduled for December 9, 2025 is cancelled; and

The Court will decide the petition on the papers.

Dated:  December 5, 2025

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Christopher M. Casazza
CHRISTOPHER M. CASAZZA
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
Office: (215) 576-9000
Email: Chris@piclaw.com

*Counsel for Petitioner*

/s/ Isaac J. Jean-Pierre
ISAAC J. JEAN-PIERRE
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8372
Email:  isaac.jean-pierre@usdoj.gov

*Counsel for Respondents*

BY THE COURT

Dated: 12/8/2025

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE
United States District Court Judge